IAN KELLEY CASBN 215393
ikelley@sflaw.net
Law Office of Ian Kelley
885 Bryant Street, Suite 202
San Francisco, CA 94103
(415) 581-0885
(415) 581-0887 - fax

Attorney for Defendant
BYONG YONG KIM

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES LLC, a Texas Limited Liability Company, and NAGRASTAR LLC, a Colorado Limited Liability Company,<br>        Plaintiffs,<br>    vs.<br>INTELLIGENT TECHNOLOGY, INC., a California Corporation, and BYONG YONG KIM, individually,<br>        Defendants. | No. 2:09-CV-03436-WBS-KJM<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Original Due Date: 1/04/10<br>Stipulated Date: 2/01/10 |

Pursuant to Local Rule 144, the parties stipulate to an extension of time for the filing of the initial responsive pleading of BYONG YONG KIM, defendant. The filing was initially due on January 4, 2010. The filing is now due on February 1, 2010.

No previous extensions have been sought or granted in connection with this matter.

IT IS SO STIPULATED.


_____/s/_____
IAN KELLEY, Attorney for Defendant



_____/s/_____
CHAD M. HAGAN (as authorized on 1/04/10)
Attorney for Plaintiffs